IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| R. A. FEUER, suing derivatively on behalf of VIACOM, INC., | § § § | |
| Plaintiff Below – Appellant, | § § | No. 487, 2017 |
| v. | § § | |
| PHILIPPE P. DAUMAN; SUMNER M. REDSTONE; SHARI REDSTONE; GEORGE S. ABRAMS; THOMAS E. DOOLEY; BLYTHE J. MCGARVIE; CHARLES E. PHILLIPS, JR.; FREDERIC V. SALERNO; WILLIAM SCHWARTZ; CRISTIANA FALCONE SORRELL; and DEBORAH NORVILLE, | § § § § § § § § § § | Court Below: Court of Chancery of the State of Delaware

C.A. No. 12579 |
| Defendants Below – Appellees, | § § | |
| and | § § | |
| VIACOM, INC., | § § | |
| Nominal Defendant Below- Appellee. | § § | |

Submitted: May 16, 2018
Decided: May18, 2018

Before **VALIHURA**, **VAUGHN** and **TRAYNOR**, Justices.

**O R D E R**

This 18th day of May 2018, the Court having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Letter Decision and Order dated October 25, 2017;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice